**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RAPHEL JEROME CHERRY**                                                                                      **PLAINTIFF**

**VS.**                                                **5:07CV00025-WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                           **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Henry L. Jones, Jr. and the timely objections.[1]

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Defendant's Motion to Dismiss (Doc. No. 6) is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 9, 10.